# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MUHSIN ABDUR-RAHIIM, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-61 |
| | * | |
| v. | * | |
| | * | |
| WARDEN J. FIKES, | * | |
| | * | |
| Respondent. | * | |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5. Petitioner Muhsin Abdur-Rahiim ("Abdur-Rahiim") did not file Objections to this Report and Recommendation. In fact, the Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward" and "Unable to Identify, Provide Correct Committed Name and Register Number."[1] Dkt. No. 6 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court

---

[1] Abdur-Rahiim's Name and Register Number are correct. He has been released from the Bureau of Prisons' custody since the filing of this Petition, however. https://www.bop.gov/inmateloc/, search by 06010-007, showing Muhsin Hanif Abdur-Rahiim released on July 22, 2022 (last visited Aug. 24, 2022).

AO 72A
(Rev. 8/82)

**DISMISSES without prejudice** Abdur-Rahiim's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Abdur-Rahiim *in forma pauperis* status on appeal.

**SO ORDERED**, this ___24___ day of ___August___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA