AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MUHSIN ABDUR-RAHIIM,

Petitioner,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-061

**v.**

WARDEN J. FIKES,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated August 26, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____
Date   August 29, 2-22

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk